UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Gregory Smeins,
                    Plaintiff(s),

        -against-

United States of America,
                    Defendant(s).
------------------------------------x

16 Civ. 2817 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

Plaintiff and Counsel shall confer and inform Judge Preska by letter no later than March 13, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

The Clerk of the Court shall mail a copy of this order to Plaintiff
SO ORDERED.
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*Loretta A. Preska*
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: March 2, 2020
New York, New York