UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY CLEMENCE SMEINS,

           Petitioner,

    -against-

UNITED STATES OF AMERICA,

           Respondent.

16-CV-2817 (LAP)
13-CR-0476 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    In light of the Court's order resolving Mr. Smein's motion for return of property in the criminal case (dkt. no. 53 in 13-CR-476), the Clerk of the Court shall mark this companion civil case closed and all pending motions denied as moot.

SO ORDERED.

Dated:  September 30, 2020
       New York, New York

                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.